**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **MORRIS SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **1:10-cv-00185-KD-N** |
| | ) | |
| **DOLGENCORP, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED STIPULATION**

It is hereby agreed and stipulated by Plaintiff Morris Sanders ("Plaintiff") and Defendant Dolgencorp, Inc., ("Defendant") (collectively the "Parties"), that the Parties have reached a settlement of Plaintiff's claims, including his claims under the Fair Labor Standards Act. The settlement was negotiated at arm's length by experienced counsel who protected the rights of the Parties. The Parties stipulate that the settlement reflects a reasonable compromise concerning bona fide disputes between their clients with respect to liability and the amount of same under the Fair Labor Standards Act. The Parties further stipulate that the amounts and terms of the settlement are full, fair and just compensation for Plaintiff's claims.

DB1/62618143.1

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT J. TRENT SCOFIELD WILL E-FILE THE FOREGOING *AGREED STIPULATION*.

| | |
|---|---|
| /s/ *Lance Gould* | /s/ J. Trent Scofield |
| Roman A. Shaul | J. Trent Scofield (asb-1191-e67j) |
| Lance Gould | **Ogletree, Deakins, Nash, Smoak &** |
| **Beasley, Allen, Crow, Methvin,** | **Stewart, P.C.** |
| **Portis & Miles, P.C.** | One Federal Place |
| 272 Commerce Street | 1819 5th Avenue North, Suite 1000 |
| P.O. Box 4160 | Birmingham, AL 35203-2118 |
| Montgomery, AL 36103-4160 | Telephone: (205) 328-1900 |
| lance.gould@beasleyallen.com | Facsimile: (205) 328-6000 |
| | trent.scofield@ogletreedeakins.com |
| ATTORNEYS FOR PLAINTIFF | |
| | /s/ Joel S. Allen |
| | Joel S. Allen |
| | Texas State Bar No. 00795069 |
| | *Pro Hac Vice Application Pending* |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 1717 Main Street, Suite 3200 |
| | Dallas, Texas 75201 |
| | Telephone: 214.466.4000 |
| | Facsimile: 214.466.4001 |
| | joel.allen@morganlewis.com |
| | |
| | ATTORNEYS FOR DEFENDANTS |