## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MORRIS SANDERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **1:10-cv-00185-KD-N** |
| ) | |
| **DOLGENCORP, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On this day the Court considered the Joint Motion for Order Approving Settlement made by and between Plaintiff Morris Sanders ("Plaintiff") and Defendant Dolgencorp, Inc. ("Defendant" or "Dollar General") (collectively referred to herein as "Parties"). The Court finds that the Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Settlement is hereby GRANTED.  The Court hereby APPROVES the settlement reached by the Parties in this case.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's causes of action in the above-styled and numbered cause against Defendant are hereby dismissed with prejudice to the re-filing of same, and that each party is to bear its own costs of Court.

Done this _____ day of _____, 2010.

_____
Presiding Judge