IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MORRIS SANDERS, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 10-00185-CB-N |
| DOLGENCORP, INC., | ) | |
| Defendant. | ) | |

## ORDER

On this day, the Court considered the Joint Motion for Order Approving Settlement made by and between Plaintiff Morris Sanders ("Plaintiff") and Defendant Dolgencorp, Inc. ("Defendant" or "Dollar General") (collectively referred to herein as "Parties"). The Court finds that the motion is meritorious and should be **GRANTED**.

It is therefore, **ORDERED** that the Joint Motion for Order Approving Settlement is hereby **GRANTED**. The Court hereby **APPROVES** the settlement reached by the Parties in this case.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's causes of action in the above-styled and numbered cause against Defendant are hereby dismissed with prejudice to the re-filing of same, and that each party is to bear its own costs of Court.

**DONE** this the 7th day of September, 2010.

                                    s/*Charles R. Butler, Jr.*
                                    **Senior United States District Judge**